77842

**IT IS SO ORDERED.**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

**Dated: 11:43 AM October 11 2013**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: Pamela Nicole Tunstall ) | Case No.: 12-53891 |
| ) | |
| ) | Chapter 7 |
| _____ ) | |
| ) | JUDGE MARILYN SHEA-STONUM |
| Grange Mutual Casualty Co. ) | |
| ) | Adv. Proceedings No.: 13-5041 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Pamela Nicole Tunstall ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AGREED JUDGMENT ENTRY**

Now come the parties, **Grange Mutual Casualty Co.** and **Pamela Nicole Tunstall**, by and through undersigned counselors, and hereby stipulate that the claim giving rise to this adversary proceeding is non-dischargeable in the amount of $21,994.72, and hereby stipulate that the claim giving rise to this adversary proceeding is non-dischargeable in the amount of $21,994.72, pursuant to the terms of the Settlement and Release.

**IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the debt owed to Grange Mutual Casualty Co. is not discharged in the amount of $21,994.72.

IT IS SO ORDERED.

# # #

SUBMITTED BY:

/s/Andrew C. Stebbins
_____
Andrew C. Stebbins (0086387)
KEIS | GEORGE llp
55 Public Square, Suite 800
Cleveland, Ohio 44113
(216) 241-4100/Fax: (216) 771-3111
astebbins@keisgeorge.com
Attorney for Grange Mutual Casualty Co.


/s/William J. Balena
_____
William J. Balena (0019641)
30400 Detroit Road, Suite 106
Westlake, Ohio 44145
(888) 633-5426 / F (440) 941-2407
Attorney for Debtor

## Certificate of Service

A true and correct copy of **AGREED JUDGMENT ENTRY** was served:

--Via the Court's Electronic Case Filing System on these entities and individuals who are listed of the Court's Electronic Mail Notice List:

William J. Balena on behalf of Defendant Pamela Nicole Tunstall

Chapter 7 Trustee

U.S. Trustee's Office